

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 03/01/2024
```

**WWW.MKCLAWGROUP.COM**
LAW OFFICES OF MICHAEL K. CHONG, LLC

| NEW YORK: | FORT LEE: | HOBOKEN: |
|---|---|---|
| 32 EAST 57TH STREET, 8TH FL. | 2 EXECUTIVE DRIVE, STE. 240 | 300 HUDSON STREET, STE. 10 |
| NEW YORK, NEW YORK 10022 | FORT LEE, NEW JERSEY 07024 | HOBOKEN, NEW JERSEY 07024 |
| (212) 726-1104 | (201) 947-5200 | (201) 708-6675 |
| FAX (212) 726-3104 | FAX (201) 708-6676 | FAX (201) 708-6676 |

*Please Reply to: FORT LEE*

EMAIL: MKC@MKCLAWGROUP.COM

February 29, 2024

*Via ECF; Total Pages: 1*
Hon. Valerie E. Caproni, U.S.D.J
United States District Court
Southern District of New York
40 Foley Square, Room 443
New York, NY 10007

Re:  Plaza et al v. Perfecto Pizzeria Corporation et al
     Docket No. 1:23-cv-09842-VEC

Dear Judge Caproni:

This office represents defendant Perfecto Pizzeria Corporation, 1638 Pizza Corporation, and Hesham Ahmed in the above-referenced matter. I am writing to respectfully request an adjournment of the Initial Pretrial Conference scheduled for March 15, 2024 at 10:00 a.m. The reason for this adjournment is that I have a previously scheduled mediation which cannot be rescheduled.

I have conferred with Plaintiff's counsel, and they consent to this adjournment request. The parties respectfully submit March 21 at 10:00 a.m. for the court's consideration for rescheduling. This is the first request for adjournment in this matter. Additionally, Defendants kindly request that the Initial Pretrial Conference be held via Zoom to facilitate all parties' involvement. A Zoom conference would help reduce legal fees and costs in this matter, which could further be used for a potential resolution between parties. Thank you for your kind consideration and courtesies in regard to this matter.

Respectfully submitted,

*Michael K. Chong*

Michael K. Chong, Esq.

MKC/nh
cc: Plaintiff's counsel (via ECF)

---

The initial pretrial conference will be held **in person** on **Friday, March 22, 2024, at 10:00 A.M.** in Courtroom 443 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York, 10007.  The parties' joint letter and proposed case management plan are due on **March 14, 2024**.

SO ORDERED.

*Valerie Caproni*       03/01/2024

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE