UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Javier Alejandro Diaz Plaza, individually
and on behalf of all others similarly situated,
et al.,

                Plaintiffs,

-against-

Perfecto Pizzeria Corporation,
doing business as Lunetta Pizza &
Restaurant, et al.,

                Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 09/23/2024

1:23-cv-09842 (SDA)

ORDER SCHEDULING
TELEPHONE CONFERENCE

**STEWART D. AARON, United States Magistrate Judge:**

    The parties have consented to the undersigned's jurisdiction for all purposes. (Consent, ECF No. 34.) The parties are directed to appear for a status conference on Thursday, September 26, 2024, at 2:00 p.m. to discuss the status of this action. At the scheduled time, the parties shall each separately call (888) 278-0296 (or (214) 765-0479) and enter access code 6489745.

**SO ORDERED.**

Dated:    New York, New York
            September 23, 2024

_____
STEWART D. AARON
United States Magistrate Judge