UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Javier Alejandro Diaz Plaza, individually and on behalf of all others similarly situated, et al.,

                Plaintiffs,

-against-

Perfecto Pizzeria Corporation, doing business as Lunetta Pizza & Restaurant, et al.,

                Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 09/26/2024

1:23-cv-09842 (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

    Following a telephone conference held today to discuss the status of this case (9/26/24 Minute Entry), it is hereby ORDERED that no later than Friday, October 25, 2024, the parties shall file either (1) a joint letter apprising the Court on the status of settlement negotiations, or (2) a joint letter motion seeking an extension of the deadline to complete discovery in the event that the parties are unable to reach a settlement.

**SO ORDERED.**

Dated:     New York, New York
            September 26, 2024

_____
STEWART D. AARON
United States Magistrate Judge