UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Javier Alejandro Diaz Plaza, individually
and on behalf of all others similarly situated,
et al.,

                                                              Plaintiffs,

                    -against-

Perfecto Pizzeria Corporation,
doing business as Lunetta Pizza &
Restaurant, et al.,

                                                           Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/1/2025

1:23-cv-09842 (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

      Discovery in this action closed on March 28, 2025. (*See* 12/11/24 Mem. End., ECF No. 40.) It is hereby Ordered that, no later than Tuesday, April 8, 2025, the parties shall file a joint letter regarding proposed next steps in this action, including whether either side intends to file a dispositive motion. If not, the joint letter shall set forth proposed trial dates and a proposed schedule for the parties to file a Joint Pretrial Order and other pre-trial submissions required by Section IV of Judge Aaron's Individual Practices.

**SO ORDERED.**

DATED:      New York, New York
               April 1, 2025

                                                          _____
                                                          STEWART D. AARON
                                                          United States Magistrate Judge