

# HELEN F. DALTON & ASSOCIATES, P.C.
## ATTORNEYS AT LAW

80-02 Kew Gardens Road, Suite 601, Kew Gardens, NY 11415
Tel. (718) 263-9591 Fax. (718) 263-9598

September 4, 2025

**Via ECF**
The Honorable Judge Stewart D. Aaron
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: **Plaza v. Perfecto Pizzeria Corporation., et. al.**
    **23-CV-9842 (SDA)**

Dear Judge Aaron:

    Our office represents the Plaintiffs in the above-referenced matter and we submit this letter motion jointly with counsel for Defendants to respectfully request an extension of time to file the Joint Pre-Trial Order and other pre-trial submissions presently due September 8, 2025.

    The parties make this request as the parties have been making efforts to try to resolve this matter without incurring additional costs associated with trying this matter. The parties would like to continue their discussions and respectfully ask that the time to file the above-referenced documents be extended to October 8, 2025. In furtherance of our efforts to resolve this matter, the parties also would kindly request a Settlement Conference before Your Honor (or another Magistrate Judge) at a date convenient for the Court.

    This is the first request for an extension of time to file the Joint Pre-Trial Order and other pre-trial submissions and this request would not affect any other dates or deadlines.

    We thank the Court for its consideration and remain available to provide any additional information.

Respectfully submitted,

*James O'Donnell*
James O'Donnell, Esq.

The parties' Joint Letter Motion (ECF No. 45) is GRANTED. The parties shall file the Joint Pre-Trial Order and other pre-trial submissions on or before October 8, 2025. The parties shall contact the chambers of Magistrate Judge Ona T. Wang to schedule a settlement conference.

SO ORDERED.
Dated: September 5, 2025