UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Javier Alejandro Diaz Plaza, individually and on behalf of all others similarly situated, et al., <br><br> Plaintiffs, <br><br> -against- <br><br> Perfecto Pizzeria Corporation, doing business as Lunetta Pizza & Restaurant, et al., <br><br> Defendants. | 1:23-cv-09842 (SDA) <br><br> ORDER SCHEDULING <br> <u>FINAL PRETRIAL CONFERENCE</u> |

**STEWART D. AARON, United States Magistrate Judge:**

A final pretrial conference is scheduled before Magistrate Judge Stewart Aaron on Wednesday, November 5, 2025 at 2:00 p.m. in Courtroom 11C, United States Courthouse, 500 Pearl Street, New York, NY 10007.

SO ORDERED.

Dated:   New York, New York
         September 11, 2025

_____
STEWART D. AARON
United States Magistrate Judge