UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Javier Alejandro Diaz Plaza, individually and on behalf of all others similarly situated, et al., <br><br> Plaintiffs, <br><br> -against- <br><br> Perfecto Pizzeria Corporation, doing business as Lunetta Pizza & Restaurant, et al., <br><br> Defendants. | 1:23-cv-09842 (SDA) <br><br> ORDER FOLLOWING <u>TELEPHONE CONFERENCE</u> |

**STEWART D. AARON, United States Magistrate Judge:**

A telephone conference was held today, during which counsel for Plaintiffs appeared, but neither corporate defendants Perfecto Pizzeria Corporation d/b/a Lunetta Pizza & Restaurant ("Perfecto Pizzeria") and 1638 Pizza Corporation d/b/a IL Cantuccio Pizza ("1638 Pizza") nor individual defendant Hesham Ahmed ("Ahmed") appeared. For the reasons stated on the record during the telephone conference, it is hereby ORDERED, as follows:

1. The Clerk of Court is respectfully requested to enter a default against Perfecto Pizzeria and 1638 Pizza for failure to defend pursuant to Federal Rule of Civil Procedure 55(a). In an Order entered on September 12, 2025, the Court indicated that corporate defendants cannot appear *pro se* in this Court. (*See* 9/12/25 Order, ECF No. 51, ¶ 3.) In the September 12 Order, Perfecto Pizzeria and 1638 Pizza were warned that if no successor counsel appeared, a default judgment may be entered against them. (*Id.*) In an Order entered on October 3, 2025, both defendants were required to acquire new counsel no later than November 3, 2025. (*See* 10/3/25 Order, ECF No. 53, ¶ 3.)

The October 3 Order also warned both defendants that a default may be entered against them for failure to acquire new counsel. Both defendants have yet to acquire counsel who has entered an appearance in this action.

2. No later than December 8, 2025, Ahmed shall show cause in a writing filed to the ECF docket why a default should not be entered against him for failure to appear at today's conference. *See* Fed. R. Civ. P. 55(a).

3. The parties are directed to appear for a telephone conference on Friday, December 12, 2025, at 11:00 a.m. At the scheduled time, the parties shall each separately call (855) 244-8681 and enter access code 2319 449 5090. If Ahmed fails to appear at the conference, a default shall be entered against him.

4. No later than November 19, 2025, Plaintiffs' counsel shall serve by mail a copy of this Order on Defendants and file proof of service to the ECF docket.

**SO ORDERED.**

Dated:   New York, New York
         November 17, 2025

_____
STEWART D. AARON
United States Magistrate Judge

2