**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------X
Javier Alejandro Diaz Plaza, individually and on
behalf of all others similarly situated, et al.,

               Plaintiffs,

         -against-

Perfecto Pizzeria Corporation, doing business
as Lunetta Pizza & Restaurant, et al.,

               Defendants.
----------------------------------------------------------------X

23 **CIVIL** 9842 (SDA)

**<u>DEFAULT JUDGMENT</u>**

It is hereby **ORDERED, ADJUDGED, AND DECREED**, That for the reasons stated in the Court's Opinion and Order dated February 10, 2026, Plaintiffs' motion for a default judgment is GRANTED. Judgment is entered in favor of Plaintiffs against Defendants, awarding Plaintiffs the following relief: 1. Damages in the amount of $335,037.86; 2. Pre-judgment interest on the sum of $335,037.86 from May 31, 2021 up to the date of the entry of judgment in the amount of $142,010.16; 3. Post-judgment interest at the rate set forth in 28 U.S.C. § 1961; 4. A fifteen-percent (15%) penalty if damages under the NYLL are not paid within ninety (90) days of judgment or the expiration of time to appeal; and 5. Reasonable attorneys' fees and costs to be incurred in enforcing this judgment, and the case is closed.

**DATED**: New York, New York
        February 13, 2026

                        **TAMMI M. HELLWIG**

                          **Clerk of Court**

                **BY:** _Negam Dulal_
                     **Deputy Clerk**